# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| City of Durham, North Carolina <br><br> v. <br><br> Hyundai Motor Company et al <br><br> PLAINTIFF(S) <br><br> DEFENDANT(S). | **CASE NUMBER** <br><br> 8:24-cv-01662 JWH(JDEx) <br><br> **ORDER RE TRANSFER** <br> **(RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

_August 8, 2024_
Date

_[signed] James V. Selna_
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

_____                                                 _____
Date                                                                         United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _8:22-ml-03052 JVS(KESx)_ and the present case:

- [x] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _Early_ to Magistrate Judge _Scott_.

On all documents subsequently filed in this case, please substitute the initials _JVS(KESx)_ after the case number in place of the initials of the prior judge, so that the case number will read _8:24-cv-01662 JVS(KESx)_. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] Previous Judge   [ ] Statistics Clerk

CV-34 (06/23)                               ORDER RE TRANSFER (Related Cases)